**Fill in this information to identify the case:**

Debtor name **Cruzin Auto, LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): **24-40884**

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration **List of Equity Security Holders** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/13/2024**
MM/ DD/ YYYY

X **/s/ Jonathan Cruz** _____
Signature of individual signing on behalf of debtor

**Jonathan Cruz** _____
Printed name

**President** _____
Position or relationship to debtor

Fill in this information to identify the case:

Debtor Name   **Cruzin Auto, LLC**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Texas** _____
(State)

Case number (If known): **24-40884**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $30,000.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Chase Bank (Cruzin State Inspection account)** | **Checking account** | ___ ___ ___ ___ | $14,152.22 |
| 3.2. **Wells Fargo** | **Checking account** | 9  1  5  8 | $76,400.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____    _____
   4.2 _____    _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | **$120,552.22** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **Cruzin Auto, LLC**
_____
Name

Case number *(if known)* **24-40884**
_____

| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

9. **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.
    
    [_____]

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    _____ - _____ =.....➜    _____
           face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ - _____ =.....➜    _____
           face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.
    
    [_____]

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | **Valuation method used for current value** | **Current value of debtor's interest** |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

| 14.1 | _____ | _____ | _____ |
| 14.2 | _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

| 15.1 | _____ | _____ | _____ | _____ |
| 15.2 | _____ | _____ | _____ | _____ |

Debtor    **Cruzin Auto, LLC**_____    Case number *(if known)* **24-40884**_____
Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | | | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | | | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| **1450 used tires** | MM / DD / YYYY | **unknown** | | **$23,925.00** |
| **66 new tires** | MM / DD / YYYY | **unknown** | | **$5,280.00** |
| **See attached** | MM / DD / YYYY | **unknown** | | **$51,079.00** |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | | | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.    [**$80,284.00**]

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

Debtor   **Cruzin Auto, LLC**_____   Case number *(if known)* **24-40884**
         Name

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.                              _____

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

Debtor    **Cruzin Auto, LLC**

Name

Case number *(if known)* **24-40884**

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:**    Machinery, equipment, and vehicles

---

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |

---

Debtor    **Cruzin Auto, LLC**
Name                                                    Case number *(if known)* **24-40884**

| | | | |
|---|---|---|---|
| 47.3 | | | |
| 47.4 | | | |

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

| | | | |
|---|---|---|---|
| 48.1 | | | |
| 48.2 | | | |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | | | |
| 49.2 | | | |

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| | | | |
|---|---|---|---|
| **ALL TEX 2POST LIFT (2 LIFTS)** | **unknown** | | **$8,000.00** |
| **HUNTER HAWKEYE ELITE** | **unknown** | | **$50,000.00** |
| **HUNTER SCISSOR LIFT** | **unknown** | | **$30,000.00** |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

$88,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |

Debtor    **Cruzin Auto, LLC**
Name

Case number *(if known)* **24-40884**

55.6 _____

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

Debtor    __Cruzin Auto, LLC__    Case number *(if known)* __24-40884__
　　　Name

---

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➡ _____
　　　　　　　　　　　　　　Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year __2022__    **$24,704.00**

73. **Interests in insurance policies or annuities**

_____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

76. **Trusts, equitable or future interests in property**

_____    _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    _____

_____    _____

Debtor    **Cruzin Auto, LLC**

Name                                                        Case number *(if known)* **24-40884**

---

78. **Total of Part 11**                                                    $24,704.00

   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

**Part 12:**    Summary

---

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $120,552.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $80,284.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $88,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................ ➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $24,704.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...............91a. | $313,540.22 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................ | | $313,540.22 |

Fill in this information to identify the case:

Debtor name **Cruzin Auto, LLC**

United States Bankruptcy Court for the: **Eastern** District of **Texas**
(State)

Case number (if known): **24-40884**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $962,730.56 | unknown |
|---|---|---|---|
| **Citizens Bank** | | | |

Creditor's mailing address

**PO Box 1900**

**Elizabethton, TN 37644**

Describe the lien

**SBA Loan/Fee Simple**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Date debt was incurred    **1/2021**

Last 4 digits of account number    ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$1,731,171.23**

| Debtor | __Cruzin Auto, LLC__ | Case number (if known) __24-40884__ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2 Creditor's name**

Collin County Tax Assessor/Collector

**Describe debtor's property that is subject to a lien**

Column A: **unknown**   Column B: **unknown**

**Creditor's mailing address**

C/O Abernathy, Roeder, et al.

1700 Redbud Blvd. Suite 300

Mckinney, TX 75069

**Describe the lien**

property taxes

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**    2023

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | Cruzin Auto, LLC | | Case number (if known) | 24-40884 |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** Amount of claim
Do not deduct the value of collateral.

**Column B** Value of collateral that supports this claim

**2.3** Creditor's name

**Dallas County**

Describe debtor's property that is subject to a lien

_____    unknown    unknown
_____
_____

Creditor's mailing address

**C/O Linebarger, Goggan, et al.**

**2777 N. Stemmons Freeway Suite 1000**

Describe the lien

property taxes
_____

**Dallas, TX 75207**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred    **2023**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  **Cruzin Auto, LLC**
Name

Case number (if known) **24-40884**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4** **Creditor's name**

**EIDL Loan**

**Creditor's mailing address**

**14925 Kingsport Road**

**Fort Worth, TX 76155**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account** **7 9 0 8**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | |
|---|---|
| **$500,000.00** | **unknown** |

Debtor    **Cruzin Auto, LLC**
_____        Case number (if known) **24-40884**
Name

---

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim. Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.5** Creditor's name

**Wells Fargo**

Describe debtor's property that is subject to a lien

ALL TEX 2POST LIFT (2 LIFTS), HUNTER HAWKEYE ELITE. See attached, HUNTER SCISSOR LIFT, 1450 used tires, 66 new tires

$268,440.67        $168,284.00

Creditor's mailing address

**SBA Loan**

**PO Box 2715**

**Winston Salem, NC 27102-2715**

Describe the lien

**SBA 7A Loan**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred    **6/1/2018**

Last 4 digits of account number    **2  1  8  1**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cruzin Auto, LLC** |
| United States Bankruptcy Court for the: | **Eastern District of Texas** |
| Case number (if known): | **24-40884** |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |

| Debtor | Cruzin Auto, LLC | Case number *(if known)* | 24-40884 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1
**Nonpriority creditor's name and mailing address**

American Express

PO Box 6031

Carol Stream, IL 60197-6031

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  0  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit card

Is the claim subject to offset?
☒ No
☐ Yes

$76,537.71

### 3.2
**Nonpriority creditor's name and mailing address**

American Express

Correspondence/Bankruptcy

PO Box 981535

El Paso, TX 79998-1535

Date or dates debt was incurred  11/6/2022

Last 4 digits of account number  7  5  8  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  line of credit

Is the claim subject to offset?
☒ No
☐ Yes

$1,660.37

### 3.3
**Nonpriority creditor's name and mailing address**

Chase Bank

PO Box 15123

Wilmington, DE 19850

Date or dates debt was incurred _____

Last 4 digits of account number  3  2  1  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit card

Is the claim subject to offset?
☒ No
☐ Yes

$119,006.89

### 3.4
**Nonpriority creditor's name and mailing address**

Clover Capital

415 N. Maltilda Ave.

Sunnyvale, CA 94085

Date or dates debt was incurred  1/31/2024

Last 4 digits of account number  1  7  4  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advance Sales

Is the claim subject to offset?
☒ No
☐ Yes

$84,993.00

| Debtor | Cruzin Auto, LLC | Case number *(if known)* | **24-40884** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Fora Financial Advance**

**1385 Broadway 15th Floor**

**New York, NY 10018**

Date or dates debt was incurred    **2/6/2024**

Last 4 digits of account number    **5  0  9  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advance Sales**

Is the claim subject to offset?
☑ No
☐ Yes

$112,700.00

---

**3.6** Nonpriority creditor's name and mailing address

**Wells Fargo**

**PO Box 29482**

**Phoenix, AZ 85038**

Date or dates debt was incurred

Last 4 digits of account number    **2  9  1  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$44,051.42

---

**3.7** Nonpriority creditor's name and mailing address

**Wells Fargo**

**PO Box 29482**

**Phoenix, AZ 85038**

Date or dates debt was incurred

Last 4 digits of account number    **9  5  8  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of Credit**

Is the claim subject to offset?
☑ No
☐ Yes

$26,408.89

---

| Debtor | **Cruzin Auto, LLC** | Case number *(if known)* | **24-40884** |
|---|---|---|---|
| | Name | | |

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

---

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$465,358.28** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$465,358.28** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cruzin Auto, LLC** |
| United States Bankruptcy Court for the: | **Eastern District of Texas** |
| Case number (if known): | **24-40884**    Chapter    **11** |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Premises** | **Ryan Ghoutiemeh** |
| | | **Contract to be ASSUMED** | **4308 Glen Meadows Drive** |
| | State the term remaining | **4 months** | **Allen, TX 75002** |
| | List the contract number of any government contract | **Years** | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Cruzin Auto, LLC**

United States Bankruptcy Court for the: **Eastern**    District of    **Texas**
(State)

Case number (If known): **24-40884**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | _____ Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____ Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____ Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____ Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **Cruzin Auto, LLC** | Case number (if known) **24-40884** |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City          State          ZIP Code | | |
| 2.6 | _____ | Street _____ | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City          State          ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____**Cruzin Auto, LLC**_____

United States Bankruptcy Court for the:
_____**Eastern District of Texas**_____

Case number (if known): _____**24-40884**_____ Chapter ___**11**___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*................................................................................................

    | **$0.00** |

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................

    | **$313,540.22** |

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................

    | **$313,540.22** |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | **$1,731,171.23** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

    | **$0.00** |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

    | + **$465,358.28** |

4. **Total liabilities**.................................................................................................................................
   Lines 2 + 3a + 3b

   | **$2,196,529.51** |

INVENTORY        AS OF MAY 1, 2024

|  |  |  | TOTAL |
|---|---|---|---|
| OIL |  |  |  |
| SYN 5/30 | 300 | 3.85 | $1,155.00 |
| SYN 0/20 | 750 | 3.85 | $2,887.50 |
| BLEND 5/20 | 280 | 2.9 | $812.00 |
| BLEND 5/30 | 600 | 2.9 | $1,740.00 |
| HM 5/30 | 340 | 3.52 | $1,196.80 |
| ROTELLA T4 | 200 | 3.125 | $625.00 |
| ROTELLA T6 | 180 | 5.5 | $990.00 |
|  |  |  |  |
| AIR FILTERS | 2850 | 7.25 | $20,662.50 |
| CABIN FILTERS | 500 | 5.43 | $2,715.00 |
| OIL FILTERS | 880 | 1.56 | $1,372.80 |
| CANISTER FILTERS | 2112 | 3.84 | $8,110.08 |
|  |  |  |  |
| WIPERS | 350 | 6.25 | $2,187.50 |
| LAT WIPERS | 530 | 12.5 | $6,625.00 |
|  |  |  |  |
| TOTAL INVENTORY |  |  | $51,079.18 |